IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DESHAWN LOVETT HUNTER,

        Plaintiff,

v.                                                    4:10cv431-WS

CORRECTIONAL OFFICER YOUNG,
et al.,

        Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

        Before the court is the magistrate judge's report and recommendation docketed October 12, 2010. See Doc. 4. The magistrate judge recommends that the action be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division. The plaintiff has filed no objections to the report and recommendation.

        Upon review of the record, this court has determined that the recommendation should be adopted.

        Accordingly, it is ORDERED:

        1. The magistrate judge's report and recommendation (doc. 4) is adopted

and incorporated by reference in this order of the court.

    2.   The clerk shall TRANSFER this action to the United States District Court for the Northern District of Georgia, Atlanta Division, for all further proceedings.

    DONE AND ORDERED this   9th   day of   November  , 2010.

                                     s/ William Stafford  
                                     WILLIAM STAFFORD  
                                   SENIOR UNITED STATES DISTRICT JUDGE